■ In the Matter of MICHAEL GLEASON, Respondent, v PLANNING BOARD OF THE TOWN OF BRIGHTON et al., Respondents. CLINTON APARTMENTS, Intervenor-Appellant.—Judgment unanimously affirmed, with costs, for reasons stated in

memorandum decision at Special Term, Pine, J. (Appeal from judgment of Supreme Court, Monroe County, Pine, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.